| Attorney or Party without Attorney: <br> INITIATIVE LEGAL GROUP, LLP <br> 1800 Century Park East <br> 2nd Floor <br> Los Angeles, CA 90067 <br> Telephone No: 310 556-5637  FAX No: 310 861-9051 <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|

Ref. No. or File No.:

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Northern District Of California |

Plaintiff: RONALD CHIN, et al.
Defendant: WACHOVIA FINANCIAL SERVICES, INC., et al.

| **PROOF OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV 08 0684 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS (BLANK); WAIVER OF SERVICE OF SUMMONS (BLANK)

3. a. Party served: WACHOVIA FINANCIAL SERVICES, INC., a North Carolina corporation
   b. Person served: BECKY DeGEORGE, a person authorized to accept for the party in item 3.a..

4. Address where the party was served: CSC-LAWYERS INCORPORATING SERVICE
   2730 Gateway Oaks Drive
   Suite 100
   Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Feb. 08, 2008 (2) at: 2:50PM

7. Person Who Served Papers:           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jim Wardlow                      d. *The Fee for Service was:*  $53.00
   b. ALL PRO ATTORNEY SERVICES         e. I am: (3) registered California process server
      2410 FAIR OAKS BOULEVARD             (i) Owner
      SUITE 125                             (ii) Registration No.:  87-010
      Sacramento, CA 95825                  (iii) County:  Sacramento
   c. (916) 974-7421, FAX (916) 974-7442

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Feb. 11, 2008

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007           **PROOF OF SERVICE SUMMONS**            (Jim Wardlow)                ilg.40886

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>INITIATIVE LEGAL GROUP, LLP<br>1800 Century Park East<br>2nd Floor<br>Los Angeles, CA 90067<br>*Telephone No:* 310 556-5637   *FAX No:* 310 861-9051<br>*Ref. No. or File No.:*<br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* RONALD CHIN, et al.
*Defendant:* WACHOVIA FINANCIAL SERVICES, INC., et al.

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 0684 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS (BLANK); WAIVER OF SERVICE OF SUMMONS (BLANK)

3. a. *Party served:*          WACHOVIA MORTGAGE CORPORATION, a North Carolina corporation
   b. *Person served:*        BECKY DeGEORGE, a person authorized to accept for the party in item 3.a..

4. *Address where the party was served:*   CSC-LAWYERS INCORPORATING SERVICE
                                            2730 Gateway Oaks Drive
                                            Suite 100
                                            Sacramento, CA 95833

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Feb. 08, 2008 (2) at: 2:50PM

7. *Person Who Served Papers:*                                 Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jim Wardlow                                             d. *The Fee for Service was:* $16.50
   b. **ALL PRO ATTORNEY SERVICES**                           e. I am: (3) registered California process server
      2410 FAIR OAKS BOULEVARD                                   (i) Owner
      SUITE 125                                                  (ii) Registration No.:    87-010
      Sacramento, CA 95825                                       (iii) County:             Sacramento
   c. (916) 974-7421, FAX (916) 974-7442

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Feb. 11, 2008

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS

(Jim Wardlow)

ilg.40887

| Attorney or Party without Attorney: <br> INITIATIVE LEGAL GROUP, LLP <br> 1800 Century Park East <br> 2nd Floor <br> Los Angeles, CA 90067 <br> Telephone No: 310 556-5637    FAX No: 310 861-9051 <br><br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court Northern District Of California | |
| Plaintiff: RONALD CHIN, et al. <br> Defendant: WACHOVIA FINANCIAL SERVICES, INC., et al. | |

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV 08 0684 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS (BLANK); WAIVER OF SERVICE OF SUMMONS (BLANK)

3. a. Party served:        WACHOVIA SERVICES, INC., a North Carolina corporation
   b. Person served:       BECKY DeGEORGE, a person authorized to accept for the party in item 3.a..

4. Address where the party was served:    CSC-LAWYERS INCORPORATING SERVICE
                                            2730 Gateway Oaks Drive
                                            Suite 100
                                            Sacramento, CA 95833

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Feb. 08, 2008 (2) at: 2:50PM

7. Person Who Served Papers:                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jim Wardlow                              d. The Fee for Service was:    $16.50
   b. ALL PRO ATTORNEY SERVICES                e. I am: (3) registered California process server
      2410 FAIR OAKS BOULEVARD                    (i) Owner
      SUITE 125                                   (ii) Registration No.:    87-010
      Sacramento, CA 95825                        (iii) County:             Sacramento
   c. (916) 974-7421, FAX (916) 974-7442

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Feb. 11, 2008

Judicial Council Form                    PROOF OF SERVICE                (Jim Wardlow)            llg.40888
Rule 982.9.(a)&(b) Rev January 1, 2007      SUMMONS

| Attorney or Party without Attorney:<br>INITIATIVE LEGAL GROUP, LLP<br>1800 Century Park East<br>2nd Floor<br>Los Angeles, CA 90067<br>Telephone No: 310 556-5637   FAX No: 310 861-9051<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Northern District Of California |

| Plaintiff: RONALD CHIN, et al. |
|---|
| Defendant: WACHOVIA FINANCIAL SERVICES, INC., et al. |

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 0684 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS (BLANK); WAIVER OF SERVICE OF SUMMONS (BLANK)

3. a. Party served:   WORLD MORTGAGE COMPANY, a Colorado corporation
   b. Person served:   BECKY DeGEORGE, a person authorized to accept for the party in item 3.a..

4. Address where the party was served:   CSC-LAWYERS INCORPORATING SERVICE
   2730 Gateway Oaks Drive
   Suite 100
   Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Feb. 08, 2008 (2) at: 2:50PM

7. Person Who Served Papers:                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jim Wardlow                                              d. *The Fee for Service was:*   $16.50
   b. ALL PRO ATTORNEY SERVICES                                e. I am: (3) registered California process server
      2410 FAIR OAKS BOULEVARD                                    (i) Owner
      SUITE 125                                                   (ii) Registration No.:   87-010
      Sacramento, CA 95825                                        (iii) County:   Sacramento
   c. (916) 974-7421, FAX (916) 974-7442

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Feb. 11, 2008

Judicial Council Form                           PROOF OF SERVICE                    (Jim Wardlow)
Rule 982.9.(a)&(b) Rev January 1, 2007            SUMMONS                                              ilg.40889

| Attorney or Party without Attorney:<br>INITIATIVE LEGAL GROUP, LLP<br>1800 Century Park East<br>2nd Floor<br>Los Angeles, CA 90067<br>Telephone No: 310 556-5637     FAX No: 310 861-9051<br><br>Attorney for: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | | | |
| Plaintiff: RONALD CHIN, et al.<br>Defendant: WACHOVIA FINANCIAL SERVICES, INC., et al. | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 0684 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS (BLANK); WAIVER OF SERVICE OF SUMMONS (BLANK)

3. a. Party served:     WACHOVIA COMMERCIAL MORTGAGE, INC., a New Jersey corporation
   b. Person served:    BECKY DeGEORGE, a person authorized to accept for the party in item 3.a..

4. Address where the party was served:    CSC-LAWYERS INCORPORATING SERVICE
   2730 Gateway Oaks Drive
   Suite 100
   Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Feb. 08, 2008 (2) at: 2:50PM

7. Person Who Served Papers:                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jim Wardlow                                           d. *The Fee for Service was:*  $16.50
   b. ALL PRO ATTORNEY SERVICES                             e. I am: (3) registered California process server
      2410 FAIR OAKS BOULEVARD                                  (i) Owner
      SUITE 125                                                 (ii) Registration No.:   87-010
      Sacramento, CA 95825                                      (iii) County:            Sacramento
   c. (916) 974-7421, FAX (916) 974-7442

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Feb. 11, 2008

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007                 PROOF OF SERVICE                 (Jim Wardlow)          ilg.40890
                                                       SUMMONS

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>INITIATIVE LEGAL GROUP, LLP<br>1800 Century Park East<br>2nd Floor<br>Los Angeles, CA 90067<br>*Telephone No:* 310 556-5637    *FAX No:* 310 861-9051<br><br>*Ref. No. or File No.:*<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* RONALD CHIN, et al.
*Defendant:* WACHOVIA FINANCIAL SERVICES, INC., et al.

| **PROOF OF SERVICE SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08 0684 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS (BLANK); WAIVER OF SERVICE OF SUMMONS (BLANK)

3. a. Party served:           WORLD SAVINGS, INC., a California corporation
   b. Person served:       BECKY DeGEORGE, a person authorized to accept for the party in item 3.a..

4. Address where the party was served:    CSC-LAWYERS INCORPORATING SERVICE
                                                                    2730 Gateway Oaks Drive
                                                                    Suite 100
                                                                    Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Feb. 08, 2008 (2) at: 2:50PM

7. Person Who Served Papers:                                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jim Wardlow                                       d. *The Fee for Service was:* $16.50
   b. **ALL PRO ATTORNEY SERVICES**         e. I am: (3) registered California process server
      2410 FAIR OAKS BOULEVARD                       (i) Owner
      SUITE 125                                                          (ii) Registration No.:    87-010
      Sacramento, CA 95825                                       (iii) County:                  Sacramento
   c. (916) 974-7421, FAX (916) 974-7442

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Feb. 11, 2008

Rule 982.9.(a)&(b) Rev January 1, 2007
Judicial Council Form          PROOF OF SERVICE SUMMONS          (Jim Wardlow)          ilg.40891

| Attorney or Party without Attorney:<br>INITIATIVE LEGAL GROUP, LLP<br>1800 Century Park East<br>2nd Floor<br>Los Angeles, CA 90067<br>Telephone No: 310 556-5637    FAX No: 310 861-9051<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | |
| Plaintiff: RONALD CHIN, et al.<br>Defendant: WACHOVIA FINANCIAL SERVICES, INC., et al. | |

| PROOF OF SERVICE<br>SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 0684 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS (BLANK); WAIVER OF SERVICE OF SUMMONS (BLANK)

3. a. Party served:    WACHOVIA EQUITY SERVICING, LLC, a New Jersey limited liability corporation
   b. Person served:   BECKY DeGEORGE, a person authorized to accept for the party in item 3.a..

4. Address where the party was served:    CSC-LAWYERS INCORPORATING SERVICE
   2730 Gateway Oaks Drive
   Suite 100
   Sacramento, CA 95833

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Feb. 08, 2008 (2) at: 2:50PM

7. Person Who Served Papers:                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jim Wardlow                                   d. The Fee for Service was:    $16.50
   b. ALL PRO ATTORNEY SERVICES                     e. I am: (3) registered California process server
      2410 FAIR OAKS BOULEVARD                          (i)   Owner
      SUITE 125                                         (ii)  Registration No.:    87-010
      Sacramento, CA 95825                              (iii) County:              Sacramento
   c. (916) 974-7421, FAX (916) 974-7442

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Feb. 11, 2008

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007                PROOF OF SERVICE
                                                         SUMMONS                (Jim Wardlow)               ilg.40892