**United States District Court**
For the Northern District of California

1
2
3
4

IN THE UNITED STATES DISTRICT COURT

5

FOR THE NORTHERN DISTRICT OF CALIFORNIA

6
7
8

RONALD CHIN

NO. CV 08-00684 CW

Plaintiff,

**CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY DOCKET NO. 1.**

9

v.

10
11

WACHOVIA FINANCIAL

12

Defendant.

_____/

13
14

On January 29, 2008, counsel for Plaintiff filed a Complaint, docket #1, manually, on paper.  This case

15

has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

16
17

The above mentioned  paper document has been filed and docketed. However, General Order 45

18

provides at Section III that cases assigned to judges who participate in the e-filing program "shall be

19

presumptively designated" as e-filing cases. Therefore, counsel for Plaintiff should submit the

20

Complaint, docket #1, in PDF format within 10 days, as an attachment in an *e-mail* message directed

21

to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges**

22

button and follow the procedure listed there).  Do ***not*** e-file a document which has been previously filed

23

on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.

24
25

Dated: February 20, 2008                                    Cynthia Lenahan
                                                           Deputy Clerk

26
27
28