MALCOLM A. HEINICKE (SBN 194174)
Malcolm.Heinicke@mto.com
KATHLEEN M. McDOWELL (SBN 115976)
Kathleen.McDowell@mto.com
J. RAZA LAWRENCE (SBN 233771)
Raza.Lawrence@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

Attorneys for Defendants
WACHOVIA FINANCIAL SERVICES, WACHOVIA MORTGAGE CORPORATION, WACHOVIA SERVICES, INC., WORLD MORTGAGE COMPANY, WACHOVIA COMMERCIAL MORTGAGE, INC., WORLD SAVINGS, INC., WACHOVIA EQUITY SERVICING, LLC, WACHOVIA BANK, N.A., and WACHOVIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CHIN, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA FINANCIAL SERVICES, INC., a North Carolina corporation; WACHOVIA MORTGAGE CORPORATION, a North Carolina Corporation, WACHOVIA SERVICES, INC., a North Carolina corporation; WORLD MORTGAGE COMPANY, a Colorado corporation; WACHOVIA COMMERCIAL MORTGAGE, INC., a New Jersey Corporation; WORLD SAVINGS, INC., a California Corporation; WACHOVIA EQUITY SERVICING, LLC, a New Jersey limited liability corporation; WACHOVIA BANK, N.A. a business entity form unknown; WACHOVIA CORPORATION, a business entity form unknown; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 4:08-cv-00684-CW<br><br>**STIPULATION EXTENDING DEADLINES TO RESPOND TO THE COMPLAINT**<br><br><br>Judge: Honorable Claudia Wilken |

4565596.1

STIPULATION EXTENDING DEADLINES
TO RESPOND TO THE COMPLAINT;
CASE NO. 4:08-CV-00684-CW

WHEREAS, Plaintiff Ronald Chin brings this putative collective and class action alleging employment claims, and specifically alleging, *inter alia*, that Wachovia Financial Services, Inc., Wachovia Mortgage Corporation, Wachovia Services, Inc., World Mortgage Company, Wachovia Commercial Mortgage, Inc., World Savings, Inc., Wachovia Equity Servicing, LLC, Wachovia Bank, N.A., and Wachovia Corporation did not pay him and other current and former California hourly employees wages owed for overtime compensation and wages due upon discharge or resignation, did not provide them with meal and rest periods as required by law, and did not comply with wage reporting requirements;

WHEREAS, Plaintiff Chin and his counsel have served this complaint on Wachovia Financial Services, Inc., Wachovia Mortgage Corporation, Wachovia Services, Inc., World Mortgage Company, Wachovia Commercial Mortgage, Inc., World Savings, Inc., and Wachovia Equity Servicing, LLC, and each of these entities' responses is currently due on or about March 2, 2008;

WHEREAS, counsel for Defendants has agreed to accept service on behalf of Defendants Wachovia Bank, N.A. and Wachovia Corporation and Plaintiff is in the process of effectuating this service;

WHEREAS, counsel have conferred and Plaintiff Chin and his counsel have agreed to extend Defendants' response deadlines in this matter, and the extensions agreed upon will not alter any date already set by the Court:

IT IS HEREBY STIPULATED pursuant to Civil Local Rule 6-1(a) that the deadlines for Defendants Wachovia Financial Services, Inc., Wachovia Mortgage Corporation, Wachovia Services, Inc., World Mortgage Company, Wachovia Commercial Mortgage, Inc., World Savings, Inc., Wachovia Equity Servicing, LLC, Wachovia Bank, N.A. and Wachovia Corporation to respond to the complaint are extended as follows:

1. The deadline for filing an answer to the complaint shall be April 1, 2008;
2. The deadline for filing any pre-answer motion or pleading other than an answer shall be March 17, 2008.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: February 29, 2008 | INITIATIVE LEGAL GROUP LLP<br>   MARK YABLONOVICH |
| 3 | |    MARC PRIMO<br>   REBECCA LABAT |

By: /s/ Rebeca M. Labat

Attorneys for Plaintiff
RONALD CHIN

DATED: February 29, 2008

MUNGER, TOLLES & OLSON LLP
   MALCOLM A. HEINICKE
   KATHLEEN M. McDOWELL
   J. RAZA LAWRENCE

By: /s/ Malcolm A. Heinicke
   MALCOLM A. HEINICKE

Attorneys for Defendants
WACHOVIA FINANCIAL SERVICES, WACHOVIA MORTGAGE CORPORATION, WACHOVIA SERVICES, INC., WORLD MORTGAGE COMPANY, WACHOVIA COMMERCIAL MORTGAGE, INC., WORLD SAVINGS, INC., WACHOVIA EQUITY SERVICING, LLC, WACHOVIA BANK, N.A., and WACHOVIA CORPORATION