Malcolm A. Heinicke (SBN 194174)
Malcolm.Heinicke@mto.com
Kathleen M. McDowell (SBN 115976)
Kathleen.McDowell@mto.Com
J. Raza Lawrence (SBN 233771)
Raza.Lawrence@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:   (415) 512-4000
Facsimile:    (415) 512-4077

ATTORNEYS FOR DEFENDANTS
Wachovia Financial Services, Inc.; Wachovia Mortgage Corporation; Wachovia Shared Resources, LLC (erroneously sued as Wachovia Services, Inc.); World Mortgage Company; Wachovia Commercial Mortgage, Inc.; World Savings, Inc.; Wachovia Equity Servicing, LLC; Wachovia Bank, N.A.; and Wachovia Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald Chin, individually, and on behalf of all other similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act,<br><br>Plaintiff,<br><br>vs.<br><br>Wachovia Financial Services, Inc.; Wachovia Mortgage Corporation; Wachovia Services, Inc.; World Mortgage Company; Wachovia Commercial Mortgage, Inc.; World Savings, Inc.; Wachovia Equity Servicing, LLC; Wachovia Bank, N.A.; Wachovia Corporation; and Does 1 through 10, inclusive,<br><br>Defendants. | CASE NO.  4:08-CV-00684-CW<br><br>CERTIFICATION OF INTERESTED ENTITIES (Submitted Pursuant To Local Rule 3-16)<br><br><br>Judge:  Honorable Claudia Wilken |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

<u>Named Defendants</u>:

Wachovia Financial Services, Inc.

Wachovia Mortgage Corporation

Wachovia Services, Inc.

World Mortgage Company

Wachovia Commercial Mortgage, Inc.

World Savings, Inc.

Wachovia Equity Servicing, LLC

Wachovia Bank, N.A.

Wachovia Corporation (publicly traded under stock symbol "WB")

<u>Additional Interested Entities</u>:

*Wachovia Shared Resources, LLC (successor-in-interest to named defendant Wachovia Services, Inc.)

As set out in L.R. 3-16, these representations are made to enable the Court to evaluate possible disqualification or recusal.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: March 6, 2008 | MUNGER, TOLLES & OLSON LLP |
| 3 | | Malcolm A. Heinicke |
| | | Kathleen M. McDowell |

By: /s/ Malcolm A. Heinicke

Malcolm A. Heinicke

ATTORNEYS FOR DEFENDANTS
Wachovia Financial Services, Inc.; Wachovia Mortgage Corporation; Wachovia Shared Resources, LLC (erroneously sued as Wachovia Services, Inc.); World Mortgage Company; Wachovia Commercial Mortgage, Inc.; World Savings, Inc.; Wachovia Equity Servicing, LLC; Wachovia Bank, N.A.; and Wachovia Corporation