| | |
|---|---|
| 1 | MALCOLM A. HEINICKE (SBN 194174) |
| | Malcolm.Heinicke@mto.com |
| 2 | KATHLEEN M. McDOWELL (SBN 115976) |
| 3 | Kathleen.McDowell@mto.com |
| | J. RAZA LAWRENCE (SBN 233771) |
| 4 | Raza.Lawrence@mto.com |
| | MUNGER, TOLLES & OLSON LLP |
| 5 | 560 Mission Street |
| | Twenty-Seventh Floor |
| 6 | San Francisco, CA  94105-2907 |
| 7 | Telephone:     (415) 512-4000 |
| | Facsimile:      (415) 512-4077 |
| 8 | |
| | Attorneys for Defendants |
| 9 | WACHOVIA FINANCIAL SERVICES, WACHOVIA |
| 10 | MORTGAGE CORPORATION, WACHOVIA SHARED RESOURCES, LLC (erroneously sued as Wachovia |
| 11 | Services, Inc.), WORLD MORTGAGE COMPANY, WACHOVIA COMMERCIAL MORTGAGE, INC., |
| 12 | WORLD SAVINGS, INC., WACHOVIA EQUITY SERVICING, LLC, WACHOVIA BANK, N.A., and |
| 13 | WACHOVIA CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CHIN, individually, and on behalf of other members of the general public similarly situated, | CASE NO.  4:08-cv-00684-CW |
| Plaintiff, | **DECLARATION OF J. RAZA LAWRENCE IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [CIVIL LOCAL RULE 7-11(a)]** |
| vs. | |
| WACHOVIA FINANCIAL SERVICES, INC.; WACHOVIA MORTGAGE CORPORATION; WACHOVIA SERVICES, INC.; WORLD MORTGAGE COMPANY; WACHOVIA COMMERCIAL MORTGAGE, INC.; WORLD SAVINGS, INC.; WACHOVIA EQUITY SERVICING, LLC; WACHOVIA BANK, N.A.; WACHOVIA CORPORATION; and DOES 1 through 10, inclusive, | |
| Defendants. | |

I, J. RAZA LAWRENCE, declare as follows:

1. I am an attorney in the law firm of Munger, Tolles & Olson LLP, counsel of record to defendants Wachovia Financial Services, Inc., Wachovia Mortgage Corporation, Wachovia Shared Resources, LLC (erroneously sued as its predecessor-in-interest Wachovia Services, Inc.), World Mortgage Company, Wachovia Commercial Mortgage, Inc., World Savings, Inc., Wachovia Equity Servicing, LLC, Wachovia Bank, N.A., and Wachovia Corporation ("Defendants") in this action. I am submitting this declaration in support of Defendants' concurrently-filed Administrative Motion to Consider Whether Cases Should be Related. The contents of this declaration are within my personal knowledge. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

2. Pursuant to Civil Local Rule 7-11(a), I asked counsel for plaintiff Ronald Chin ("Plaintiff"), Rebecca Labat, whether Plaintiff would stipulate to Defendants' request that the Court deem the following two cases related:

> *Ronald Chin v. Wachovia Financial Services, Inc., et al.*, Case No. 4:08-cv-00684-CW, filed January 29, 2008; and

> *Ronald Chin v. Wachovia Financial Services, Inc., et al.*, Case No. 3:08-cv-01320-MMC, originally filed in the California Superior Court for the County of Alameda on January 29, 2008 and removed to the United States District Court for the Northern District of California on March 7, 2008.

3. Ms. Labat told me that Plaintiff would not agree to stipulate that the two cases are related.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed this 14th day of March 2008 in Los Angeles, California.

/s/ J. Raza Lawrence
J. Raza Lawrence

1  I, Malcolm A Heinicke, am the ECF user whose ID and password are being used to file this Declaration. In compliance with General Order 45, X, B., I hereby attest that Raza Lawrence has concurred in this filing.

Dated: March 14, 2008                              By: /s/ Malcolm A. Heinicke

4643674.1                                    - 2 -                         **DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION; CASE NO. 4:08-CV-00684-CW**