Mark Yablonovich (SBN 186670)
Email: MYablonovich@initiativelegal.com
Marc Primo (SBN 216796)
Email: MPrimo@initiativelegal.com
Mónica Balderrama (SBN 196424)
Email: MBalderrama@initiativelegal.com
Rebecca Labat (SBN 221241)
Email: RLabat@initiativelegal.com
Initiative Legal Group LLP
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051
Attorneys for Plaintiff RONALD CHIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CHIN, individually, and on behalf of other members of the general public similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> WACHOVIA FINANCIAL SERVICES, INC., a North Carolina corporation; WACHOVIA MORTGAGE CORPORATION, a North Carolina corporation, WACHOVIA SERVICES, INC., a North Carolina corporation; WORLD MORTGAGE COMPANY, a Colorado corporation; WACHOVIA COMMERCIAL MORTGAGE, INC., a New Jersey Corporation; WORLD | Case No.: CV-08-00684 CW <br><br> Hon. Claudia Wilken <br><br> **PROOF OF SERVICE** |

PROOF OF SERVICE

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | SAVINGS, INC., a California corporation; WACHOVIA EQUITY SERVICING, LLC, a New Jersey limited liability corporation; WACHOVIA BANK, N.A. a business entity form unknown; WACHOVIA CORPORATION, a business entity form unknown; and DOES 1 through 10, inclusive,<br><br>    Defendants. |

## PROOF OF SERVICE

UNITED STATES DISTRICT COURT       )
                                   )  ss
NORTHERN DISTRICT OF CALIFORNIA    )

    I am employed in the County of Los Angeles. I declare that I am over the age of eighteen (18) and not a party to this action. My business address is: Initiative Legal Group LLP, 1800 Century Park East, Second Floor, Los Angeles, California 90067.

    On March 27, 2008, I served the within document(s) described below as:

**SUMMONS AND COMPLAINT
(WACHOVIA BANK, N.A.; WACHOVIA CORPORATION)**

On the interested parties in this action by placing true copies thereon enclosed in sealed envelopes address as follows:

J. Raza Lawrence
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560

(X)    **MAIL**: I deposited such envelope in the mail at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid.

| | | |
|---|---|---|
| 1 | ( ) | **FACSIMILE**: I caused the above-referenced document(s) to be transmitted to the above-named person at the telephone numbers above. |
| 2 | **(X)** | **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |

**EXECUTED** this document on March 27, 2008, at Los Angeles, California.

_____
Karen Adio