# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Ronald Chin

                    Plaintiff(s),

            v.

Wachovia Financial Services, Inc., et
al.

                    Defendant(s).

_____/

Case No. 4:08-cv-00684-CW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

        Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

        **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District
of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

        **(2)** Discussed the available dispute resolution options provided by the Court and private
entities; and

        **(3)** Considered whether this case might benefit from any of the available dispute
resolution options.

Dated: 6/2/08

                                        [Party]
                                        ERIC M. STEINERT, on
                                        behalf of all named
                                        defendants

Dated: 6/3/08

                                        [Counsel]
                                        MALCOLM A. HEINICKE

American LegalNet, Inc.
www.USCourtForms.com