1  MALCOLM A. HEINICKE (SBN 194174)
   Malcolm.Heinicke@mto.com
2  KATHLEEN M. McDOWELL (SBN 115976)
   Kathleen.McDowell@mto.com
3  J. RAZA LAWRENCE (SBN 233771)
   Raza.Lawrence@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
5  Twenty-Seventh Floor
   San Francisco, CA 94105-2907
6  Telephone: (415) 512-4000
   Facsimile: (415) 512-4077
7
   Attorneys for Defendants
8  WACHOVIA FINANCIAL SERVICES, WACHOVIA
   MORTGAGE CORPORATION, WACHOVIA
9  SHARED RESOURCES, LLC (erroneously sued as
   Wachovia Services, Inc.), WORLD MORTGAGE
10 COMPANY, WACHOVIA COMMERCIAL
   MORTGAGE, INC., WORLD SAVINGS, INC.,
11 WACHOVIA EQUITY SERVICING, LLC,
   WACHOVIA BANK, N.A., and WACHOVIA
12 CORPORATION

13 *Counsel for Plaintiff Listed on Next Page*

14                   UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16

17 RONALD CHIN, individually, and on          CASE NOS. 4:08-cv-00684-CW and
   behalf of other members of the general     3:08-cv-01320-CW
18 public similarly situated,

19           Plaintiff,                        **[PROPOSED] ORDER RE:
                                               CASE MANAGEMENT
20      vs.                                    CONFERENCE**

21 WACHOVIA FINANCIAL SERVICES,               Conference: June 17, 2008 (2:00
   INC.; WACHOVIA MORTGAGE                     p.m.)
22 CORPORATION; WACHOVIA
   SERVICES, INC.; WORLD                       **The Honorable Claudia Wilken**
23 MORTGAGE COMPANY; WACHOVIA
   COMMERCIAL MORTGAGE, INC.;
24 WORLD SAVINGS, INC.; WACHOVIA
   EQUITY SERVICING, LLC;
25 WACHOVIA BANK, N.A.;
   WACHOVIA CORPORATION; and
26 DOES 1 through 10, inclusive,

27           Defendants.

28
   5266548.1

1  MARK YABLONOVICH (SBN 186670)
   MYablonovich@InitiativeLegal.com
2  MARC PRIMO (SBN 216796)
   MPrimo@InitiativeLegal.com
3  MONICA BALDERRAMA (SBN 196424)
   MBalderrama@InitiativeLegal.com
4  REBECCA LABAT (SBN 221241)
   RLabat@InitiativeLegal.com
5  INITIATIVE LEGAL GROUP LLP
   1800 Century Park East, 2nd Floor
6  Los Angeles, California 90067
   Telephone: (310) 556-5637
7  Facsimile: (310) 861-9051

8
   Attorneys for Plaintiff RONALD CHIN
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5266548.1                          - 2 -                                    2

1

# [PROPOSED] ORDER

2    The parties shall file any amended pleadings and join any other parties no

3 later than September 1, 2008. Any motions relating to class certification shall be

4 filed no later than _____. The Court will set a further Case

5 Management Conference, if necessary, following the resolution of any motions

6 relating to class certification.

7         IT IS SO ORDERED.

8

9 DATED:

10

11                                          By:_____
                                               The Hon. Claudia Wilken
12                                             United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5266548.1                          - 3 -                                    3

[PROPOSED] ORDER RE:  CASE MANAGEMENT CONFERENCE
4:08-CV-00684 AND 3:08-CV-01320-CW