Marc Primo, Esq. (SBN 216796)
Mónica Balderrama, Esq. (SBN 196424)
Shawn Westrick (SBN 235313)
Linh Hua, Esq. (SBN 247419)
Initiative Legal Group, LLP
1800 Century Park East, Second Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051
SWestrick@InitiativeLegal.com

Attorneys for Plaintiff RONALD CHIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CHIN, individually, and on behalf of other members of the general public similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>WACHOVIA FINANCIAL SERVICES, INC.; WACHOVIA MORTGAGE CORPORATION; WACHOVIA SERVICES, INC.; WORLD MORTGAGE COMPANY; WACHOVIA COMMERCIAL MORTGAGE, INC.; WORLD SAVINGS, INC.; WACHOVIA EQUITY SERVICING, LLC; WACHOVIA BANK, N.A.; WACHOVIA CORPORATION; and DOES 1 through 10, inclusive,<br><br>        Defendants. | **CASE NOS.: 4:08-cv-00684-CW and 3:08-cv-01320-CW**<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF APPEARANCE** |

**TO THE HONORABLE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Shawn Westrick of the law firm Initiative Legal Group, LLP, Telephone (310) 556-5637, Facsimile (310) 861-9051 hereby appears as additional attorney of record, together with other attorneys of record, on behalf of Plaintiff in the above-captioned case. Mr. Westrick requests that copies of all papers in the above-captioned action be served on him.

DATED: August 15, 2008

Respectfully submitted,
Initiative Legal Group, LLP

By: _____/s/_____
Marc Primo, Esq.
Mónica Balderrama, Esq.
Shawn Westrick, Esq.
Linh Hua, Esq.
Attorneys for Plaintiff Ronald Chin