IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD CHIN,                                    No. C 08-00684 CW

     Plaintiff,

  v.

WACHOVIA FINANCIAL, et al.,

     Defendants.
_____

RONALD CHIN,                                    No. C 08-01320 CW

     Plaintiff,

  v.                                          ORDER RE DISCOVERY
                                                DISPUTE
WACHOVIA FINANCIAL, et al.,

     Defendants.
_____/


    On October 29, 2008, Plaintiff filed a Motion to Compel
Defendant to Respond to Plaintiff's Interrogatories, Set One.
Plaintiff shall file on Monday, November 3, 2008, a two page letter
summarizing the dispute; Defendants shall respond by Tuesday,
November 4, 2008. Attorneys shall contact the Courtroom Deputy and
set up a telephone conference with lead counsel for Thursday
morning.

Dated: 10/31/08

_____
CLAUDIA WILKEN
United States District Judge

*United States District Court*
*For the Northern District of California*