1  MALCOLM A. HEINICKE (SBN 194174)
   Malcolm.Heinicke@mto.com
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
3  Twenty-Seventh Floor
4  San Francisco, CA  94105-2907
   Telephone:     (415) 512-4000
5  Facsimile:     (415) 512-4077

6  Attorneys for Defendants

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| RONALD CHIN, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA FINANCIAL SERVICES, INC., a North Carolina corporation; WACHOVIA MORTGAGE CORPORATION, a North Carolina Corporation, WACHOVIA SERVICES, INC., a North Carolina corporation; WORLD MORTGAGE COMPANY, a Colorado corporation; WACHOVIA COMMERCIAL MORTGAGE, INC., a New Jersey Corporation; WORLD SAVINGS, INC., a California Corporation; WACHOVIA EQUITY SERVICING, LLC, a New Jersey limited liability corporation; WACHOVIA BANK, N.A. a business entity form unknown; WACHOVIA CORPORATION, a business entity form unknown; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.  4:08-cv-00684-CW<br><br>**STIPULATION AND ORDER VACATING CASE MANAGEMENT**<br><br>Date: May 4, 2010<br><br>Judge:  Honorable Claudia Wilken<br><br>**Related Case**: *Chin v. Wachovia Financial Services, Inc., et al.*, Case No. 4:08-cv-01320-CW |

10611281.1

**STIPULATION RE: CMC;**
**CASE NO. 4:08-CV-00684-CW**

1  WHEREAS, Plaintiff Ronald Chin brings this putative collective and class action alleging wage and hour violations;

3  WHEREAS, the parties have attended mediation and entered a class/collective action settlement agreement, which if approved by this Court, will resolve this and the related case referenced above;

6  WHEREAS, the Court has scheduled a Case Management Conference for May 4, 2010 at 2:00 p.m.;

8  WHEREAS, counsel for the parties have now submitted their settlement agreement to the Court and filed a motion for preliminary approval of the settlement, to be heard on June 10, 2010;

11  WHEREAS, counsel have conferred and jointly and respectfully submit that now that the settlement agreement and motion for preliminary approval have been filed, there is no need for the Case Management Conference;

14  Based on the foregoing, IT IS HEREBY STIPULATED, by and between the parties to this action through their undersigned counsel of record, that the Case Management Conference scheduled for May 4, 2010 should be vacated.

| | | |
|---|---|---|
| 1 | DATED: May 4, 2010 | INITIATIVE LEGAL GROUP APC |
| 2 | | |
| 3 | | By:*/s/ Mónica Balderrama* |
| 4 | | |
| 5 | | Attorneys for Plaintiff<br>RONALD CHIN |
| 6 | | |
| 7 | DATED: May 4, 2010 | MUNGER, TOLLES & OLSON LLP |
| 8 | | |
| 9 | | By:*/s/ Malcolm A. Heinicke* |
| 10 | | Attorneys for Defendants |

1  PURSUANT TO STIPULATION, IT IS SO ORDERED and the Case Management
2  Conference scheduled for May 4, 2010 is vacated.

4  DATED:  5/4/2010

*[signature]*
The Honorable Claudia Wilken