IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CHIN,<br><br>    Plaintiff,<br><br>   v.<br><br>WACHOVIA FINANCIAL SERVICES INC, et al.,<br><br>    Defendants.<br>_____/ | No. 08-0684 CW<br><br>ORDER CONTINUING NOVEMBER 18, 2010 HEARING DATE TO DECEMBER 9, 2010 |

    The Court has reviewed the letter from counsel for Defendants filed on October 26, 2010.  At the request of counsel, the Motion for Class Representative Enhancement Award, and Joint Motion for Approval of Class Settlement, previously set for Thursday, November 18, 2010, are continued to **Thursday, December 9, 2010, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.  Counsel may provide the courtroom deputy with a notice to place on the courtroom door on November 4, 2010 notifying any class members of the new date.

Dated: 10/28/2010

                                              CLAUDIA WILKEN<br>                                              United States District Judge