Marc Primo (SBN 216796)
MPrimo@InitiativeLegal.com
Mónica Balderrama (SBN 196424)
MBalderrama@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile:  (310) 861-9051

Attorneys for Plaintiff Ronald Chin
and the proposed Settlement Class

Defendants' Counsel Listed On Next Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CHIN, individually, and on behalf of other members of the general public similarly situated,<br><br>        Plaintiff,<br>  vs.<br><br>WACHOVIA FINANCIAL SERVICES, INC.; WACHOVIA MORTGAGE CORPORATION; WACHOVIA SERVICES, INC.; WORLD MORTGAGE COMPANY; WACHOVIA COMMERCIAL MORTGAGE, INC.; WORLD SAVINGS, INC.; WACHOVIA EQUITY SERVICING, LLC; WACHOVIA BANK, N.A; WACHOVIA CORPORATION; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case Number: 4:08-cv-00684-CW<br><br>Assigned to the Honorable Claudia Wilken<br><br>CLASS ACTION<br><br>**ORDER DETERMINING GOOD FAITH AND GRANTING FINAL APPROVAL OF SETTLEMENT**<br><br>Date:    November 4, 2010<br>Time:    2:00 p.m.<br>Place:   Courtroom 2<br><br>**Other Case Affected by Settlement**:<br>*Chin v. Wachovia Financial Services, Inc., et al.*, Case No. 4:08-cv-01320-CW |

Malcolm A. Heinicke (SBN 194174)
Malcolm.Heinicke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone:   (415) 512-4000
Facsimile:    (415) 512-4077

Attorneys for Defendants
WACHOVIA FINANCIAL SERVIES, WACHOVIA MORTGAGE CORPORATION, WACHOVIA SHARED RESOURCES, LLC (erroneously sued as Wachovia Services, Inc.), WORLD MORTGAGE COMPANY, WACHOVIA COMMERCIAL MORTGAGE, INC., WORLD SAVINGS, INC., WACHOVIA EQUITY SERVING, LLC, WACHOVIA BANK, N.A., WACHOVIA CORPORATION, and WACHOVIA MORTGAGE, FSB

1  Having considered the Stipulation Re: Settlement of Class Action
2  ("Stipulation") and all other materials properly before the Court and having
3  conducted an inquiry pursuant to the Federal Rules of Civil Procedure, Rule 23,
4  the Court finds that the Stipulation was entered by all parties in good faith, and
5  the Stipulation is approved, including an award of attorneys' fees for Class
6  Counsel in the amount of $150,000 and allowable litigation costs and expenses
7  of up to $10,000.  The Court will simultaneously, or the Clerk of the Court shall,
8  enter the Judgment provided in the Stipulation.  Wachovia, itself or through the
9  Claims Administrator, shall deliver the payments to the Participating Claimants,
10 the Class Representative and Class Counsel as provided for in the Stipulation.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: 12/9/2010

The Honorable Claudia Wilken